NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WASHINGTON G. RUFFIN, JR.,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2016-2401

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-3370, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

LYNN K. NEUNER, Simpson Thacher & Bartlett, LLP, New York, NY, argued for claimant-appellant.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; BRIAN D. GRIFFIN, DEREK SCADDEN, Office of General Counsel,

United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 13, 2017          /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court